| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| MICHAEL J. HEMMING, ESQ.  SBN: 74538<br>LAW OFFICE OF MICHAEL J. HEMMING<br>333 West Mission Boulevard<br>Pomona, CA 91766<br><br>Voice: (909) 469-6087<br>Fax:    (909) 469-2732        EMail: michaeljhemming@gmail.com<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Debtor, BARRY CLARK | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>BARRY CLARK<br><br><br><br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 2:10-bk-26938 AA<br><br>DATE: 7/7/10<br>TIME: 11:00 a.m.<br>CTRM: 1395<br>FLOOR: 13 |
|---|---|

**RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY, OR CONDITION
THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND DECLARATION(S) IN SUPPORT
(MOVANT: U.S. BANK, N.A., etc., et al.                         )**
**(RESPONDENT: ☒ Debtor    ☐ Trustee    ☐ Other: _____)**

> ***GENERAL NOTE:*** *A request for additional time is **not** usually an adequate response in opposition to the Motion. This Response and supporting declaration(s) and other admissible evidence must be filed with the Court and served pursuant to the Local Bankruptcy Rules.*

1. ☐ **NON-OPPOSITION:** Notice is hereby given that the Respondent does not oppose the granting of the Motion.

   > ***NOTE:*** *If you do not oppose the Motion, there is no need to appear at the hearing scheduled in the Motion.*

2. ☐ **LIMITED OPPOSITION -- APPEARANCE REQUIRED:** Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession shall take place before *(specify date)*:

   The reason for this request is *(specify)*:

*(Continued on next page)*

---

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                **F 4001-1M.RES**

Response to Motion for Relief from Stay - *Page 2 of 7*    **F 4001-1M.RES**

| In re  BARRY CLARK           (SHORT TITLE)  Debtor(s). | CHAPTER: 7  CASE NO.: 2:10-bk-26938 AA |
|---|---|

3. ☒ **OPPOSITION -- APPEARANCE REQUIRED:** Notice is hereby given that the Respondent opposes the granting of the Motion for the reasons set forth below.

   a. Respondent disputes the allegations/evidence contained in the Motion. As shown in the Declaration(s) filed with this Response:

   ☐ The value of the Property is $_____, based upon *(specify)*:

   ☐ Total amount of debt (loans) on the Property is $_____.

   ☐ More payments have been made to Movant than the Motion has accounted for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

   ☐ The Property is necessary for an effective reorganization. Respondent has filed or intends to file a plan requiring the Property. A true and correct copy of the Plan is attached as Exhibit _____.

   ☐ The Property is insured. A true and correct copy of the policy currently in effect is attached as Exhibit _____.

   ☐ The Movant's description of the status of the unlawful detainer proceeding is not accurate. See attached Declaration for Respondent's evidence.

   ☐ Respondent denies that this bankruptcy was filed in bad faith or improperly. See attached Declaration containing Respondent's evidence.

   ☐ Debtor would be prejudiced if the lawsuit or administrative proceeding is allowed to continue outside the bankruptcy court. See attached Declaration regarding Respondent's contentions.

   ☐ Service of the Motion:    ☐ Not all parties were served    ☐ Insufficient notice of the hearing

   ☐ Incorrect address used for *(specify)* _____

   ☒ Other *(specify)*: See Declaration of Barry Clark, Debtor, attached hereto as Exhibit A.

   b. Respondent asserts:

   ☐ Case has been converted from Chapter _____ to Chapter _____.
   ☐ All postpetition arrears will be cured by the hearing date.
   ☐ The Debtor has equity in the Property in the amount of $_____.
   ☐ Movant has an equity cushion of $_____ which is sufficient to provide adequate protection.
   ☐ The Property is necessary for an effective reorganization because *(specify reasons why)*:

   ☒ The Motion should be denied because *(specify)*:
   Debtor has applied for a loan modification with Movant, and this matter should be continued, pending the resolution of the loan modification. See attached Declaration of Barry Clark.

*(Continued on next page)*

---

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    **F 4001-1M.RES**

Response to Motion for Relief from Stay - *Page 3 of 7*    **F 4001-1M.RES**

| In re BARRY CLARK | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:10-bk-26938 AA |

4. **EVIDENCE IN SUPPORT OF RESPONSE AND SUPPORTING PAPERS:**

> **NOTE RE SUPPORTING PAPERS:** Declarations in opposition to the Motion **MUST** be attached hereto. Any individual signing a declaration must have personal knowledge of the facts stated in it and should attach any supporting documents, if possible. You may attach a Memorandum of Points and Authorities if you desire, but it is not required.

> **NOTE RE SERVICE OF RESPONSE AND SUPPORTING PAPERS:** Pursuant to the Local Bankruptcy Rules, you must file with the Bankruptcy Court Clerk this completed Response along with supporting declaration(s) signed under penalty of perjury, AND also serve a copy of the Response and declaration(s) on the Movant's attorney (or Movant, if no attorney), the Bankruptcy Trustee, the United States Trustee, and all other parties to the Motion.

Pursuant to the Local Bankruptcy Rules, attached hereto are the following papers in support of this Response:

☒ Declaration by Debtor         ☐ Declaration by Debtor's Attorney
☐ Declaration by Trustee        ☐ Declaration by Trustee's Attorney
☐ Declaration by Appraiser      ☐ Memorandum of Points and Authorities *(optional)*
☐ Other *(specify)*:

Dated: 6/21/10

Respectfully submitted,

BARRY CLARK
*Respondent's Name*

LAW OFFICE OF MICHAEL J. HEMMING
*Law Firm Name (if applicable)*

By:    /S/ Michael J. Hemming
       *Signature*

Name:   MICHAEL J. HEMMING
        *Attorney for Respondent or Pro Se Respondent*

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                             **F 4001-1M.RES**

Response to Motion for Relief from Stay - *Page 4 of 7*    F 4001-1M.RES

| In re BARRY CLARK | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:10-bk-26938 AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

333 West Mission Boulevard, Pomona, CA 91766

A true and correct copy of the foregoing document described as Response To Motion For Order To Terminate, Annul, Modify, or Condition The Automatic Stay Under 11 U.S.C. §362 And Declarations In Support will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/21/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Edward M. Wolkowitz, Chapter 7 Trustee:    E-Mail Address:    emwtrustee@1nbrb.com

United States Trustee:    E-Mail Address:    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 6/21/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Alan M. Ahart, Attn: Chambers Copy

U.S. Bankruptcy Court, Central District, 255 E. Temple St. #1382, Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/21/10 | KATHLEEN A. MURRAY | /s/ Kathleen A. Murray |
|---|---|---|
| Date | Type Name | Signature |

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 4001-1M.RES

| In re<br>BARRY CLARK | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:10-bk-26938 AA |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Edward M. Wolkowitz, Chapter 7 Trustee
Levene Neale Bender Rankin & Brill LLP
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017


Prober & Raphael, A Law Corporation
Attorneys for Movant
Post Office Box 4365
Woodland Hills, CA 91365-4365


U.S. Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 4001-1M.RES**

# EXHIBIT A

## DECLARATION OF BARRY CLARK

I, BARRY CLARK, declare as follows:

1. I have personal knowledge of the following facts and if called as a witness I would competently testify as set forth in this declaration.

2. I am the current owner of 1717 South Vermont Avenue, Glendora, CA 91740.

3. U. S. Bank, N.A. (Subject lender) currently has a lien against my property and has filed a Notice of Default and a Notice of Sale.

4. However, I am in the process of pursuing a loan modification with the subject lender through naca.com , a loan modification company.

5. I have submitted all required documentation for the loan modification to be considered. See attached letter from NACA regarding the loan modification status.

6. Unfortunately, the loan modification process takes months to complete, according to my representative.

7. Therefore, I am requesting a continuance of this matter for 45 days to determine whether or not I will qualify for the loan modification.

8. I am ready and willing to make payments to the lender as adequate assurance of my good intentions, while the loan modification request is pending.

9. I believe a reasonable amount that I could pay would be $1,500.00 per month.

I declare under penalty of perjury the foregoing is true and correct.

Signed this 21st day of June 2010 at Pomona, California.


/s/ Barry Clark
BARRY CLARK



Neighborhood Assistance Corporation of America
3607 Washington Street
Jamaica Plain, MA 02130
888-302-6222
Website: www.naca.com

RE: **Barry Clark-1050382**
Property Address: **1717 S. Vermont Ave, Glendora, CA 91740**
Lender: **US BANK HOME MORTGAGE**
Loan number(s): **9033030990**

**Monday, June 21, 2010**

To whom this may concern,

**Barry Clark** is currently seeking assistance from the NACA Home Save Department. NACA, the Neighborhood Assistance Corporation of America, is a non-profit, community advocacy and homeownership organization.

Mr. Clark has an appt set for **June 26, 2010**. Member is seeking a solution from US Bank Home Mortgage. NACA has submitted member's file to the lender for a RESTRUCTURE. The solution will be the result of the homeowner working with a NACA Mortgage Consultant. The Mortgage Consultant works on the homeowner's individual circumstances to determine what they can afford based on a tight budget. NACA will, at that time, have underwritten the mortgage to a payment the borrower can afford (i.e. PITI).

We are requesting that the lender reduce the interest rate and/or mortgage amount that does not exceed the homeowner's maximum affordable Principle and Interest (P&I) payment. As verified by supporting documentation, this P&I payment will be based on a tight but realistic budget. The payment requested is to be fixed for the remaining term of the loan with the taxes and insurance escrowed.

The NACA Home Save program provides a real solution to help homeowners obtain an affordable mortgage payment over the long-term. This is possible through NACA's advocacy and by working with the major servicers and investors.

Regards,

Milka Perez
**Supervisor, Member Services**
Charlotte Call Center
888-302-6222
www.naca.com